# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

:Y.   ☒ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT

┌ OFFENSE CHARGED

Assault of a Federal Officer

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

Place of offense

Los Indios, TX

┌ U.S.C. Citation ┐
Title 18 Sect 111

Name of District Court, and/or Judge/Magistrate Location (City)

Southern District of Texas

┌ DEFENDANT – U.S. vs.

▶ Glen Douglas Race

Address {

Birth Date {

United States District Court
Southern District of Texas
FILED

MAY 17 2007

Michael N. Milby
Clerk of Court

☐ Male      ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

┌ DEFENDANT
B-07-470MJ

── PROCEEDING ──

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

ie and Office of Person
ushing Information on
    THIS FORM      Ryan Flint
        ☐ U.S. Att'y   ☐ Other U.S. Agency

e of Asst. U.S. Att'y
signed)      Oscar Ponce

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding
    If not detained give date any prior summons ▶
    was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction        ☒ Fed'l ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes      If "Yes"
been filed?      ☐ No       give date .
                             filed

| | Mo. | Day | Year |
|---|---|---|---|
| DATE OF ARREST ▶ | 05 | 15 | 2007 |

Or... if Arresting Agency & Warrant were not Federal

| | Mo. | Day | Year |
|---|---|---|---|
| DATE TRANSFERRED ▶ TO U.S. CUSTODY | | | |

☐ This report amends AO 257 previously submitted

──── ADDITIONAL INFORMATION OR COMMENTS ────