UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2007

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| vs | § | CRIMINAL NO. | B-07-490 |
| GLEN DOUGLAS RACE | § | | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about May 15, 2007, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**GLEN DOUGLAS RACE,**

intentionally and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with Ramon Vargas, Jr., an agent with the United States Customs and Border Protection, inflicting bodily injury on said agent by biting said agent on his hand and cheek while he was engaged in and on account of, the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

_____
OSCAR PONCE
Assistant United States Attorney