am
05/23/07

**BROWNSVILLE** DIVISION  
FILE: 2007R06323

**CRIMINAL DOCKET**   NO. **B-07-490**

**Hilda G. Tagle**

INDICTMENT  
COUNTY: CAMERON

Filed: June 12, 2007    Judge: _____

ATTORNEYS:

**UNITED STATES OF AMERICA**    DONALD J. DeGABRIELLE JR., USA

vs.    OSCAR PONCE, AUSA

**GLEN DOUGLAS RACE**   (YOB:1981)  Canada  
**(Deft transferred to New York - Detainer filed)**

**CHARGE:**   Ct. 1: Assaulting, Resisting or Impeding Federal Officer  
Total           18 U.S.C. 111(a)(1) and (b)  
Counts  
( 1 )

**PENALTY:**   20 years and/or $250,000 plus 3 year supervised release term

In Jail  X  
On Bond  
No Arrest  
FBI, R. Flint

**P R O C E E D I N G S:**