# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

                Plaintiff

v.

Glen Douglas Race

                Defendant

Case No.: 1:07−cr−00490
Judge Hilda G Tagle

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

John William Black

**PLACE:**
Courtroom 2
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 6/20/07

**TIME:** 08:45 AM

**TYPE OF PROCEEDING:** Arraignment


Date:   June 13, 2007

                                            Michael N. Milby, Clerk