UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-07-490 |
| GLEN DOUGLAS RACE | § | |

### ORDER EXCLUDING PERIOD OF TRIAL DELAY

On this day came to be considered Government's Motion for Excluding Period of Trial Delay, pursuant to 18 U.S.C. § 3161(h)(1)(D). Said Motion is GRANTED.

This court finds defendant currently is charged in New York for another proceeding concerning the defendant, that is, murder. Thereafter, the defendant will be available for further proceedings on this federal charge.

THEREFORE, this court finds the period of trial delay resulting from other proceedings and trial with respect to other charges against defendant shall be excluded in computing the time within which the trial of this charge must commence; and

The court further finds that in excluding this time period, the ends of justice served by delaying trial of the defendant outweigh the best interest of the public and the defendant to a speedy trial. The seventy-day time limit in which to bring the defendant to trial is excluded under authority of 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED defendant's arraignment date is continued and a status hearing shall be held on the ___ day of September, 2007 at _____.

SO ORDERED this the ___ day of June, 2007.

_____
JUDGE PRESIDING