UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

Glen Douglas Race

Defendant

Case No.: 1:07−cr−00490
Judge Hilda G Tagle

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Felix Recio

**PLACE:**
Courtroom 1
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 7/5/07

**TIME:** 08:45 AM

**TYPE OF PROCEEDING:** Arraignment

Date:   June 28, 2007

Michael N. Milby, Clerk