UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-07-490 |
| GLEN DOUGLAS RACE | § | |

### GOVERNMENT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas, by and through his Assistant United States Attorney, and files this, its Motion for Continuance on the above captioned case.

On June 29, 2007, the Court passed the arraignment date and ordered the government to provide a status report within 30 days. This case was originally scheduled for arraignment on June 19, 2007. Defense attorney requested time to consider filing a response to Government's Motion to Exclude Period of Trial Delay. The arraignment was reset to June 28, 2007 and, thereafter, to July 5, 2007.

As stated in Government's Motion to Exclude Period of Trial Delay, incorporated herein by reference, the government requests that this matter be continued for the reason that defendant is currently in New York pending trial for murder (Case # 07050026).

For the foregoing reason, the Government respectfully requests the Court to continue the arraignment in this matter and filing of the status report until the murder case

against defendant in the State of New York is resolved.

                                            Respectfully Submitted,

                                            DONALD J. DeGABRIELLE, JR.
                                            UNITED STATES ATTORNEY

                                            /s/ Oscar Ponce
                                            OSCAR PONCE
                                            Assistant United States Attorney
                                            Federal I.D. No. 11420
                                            State Bar No. 16109700
                                            600 East Harrison Street, Suite 201
                                            Brownsville, Texas 78520
                                            Tel:  (956) 548-2554
                                            Fax: (956) 548-2711

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2007, a copy of Government's Motion For Continuance was delivered to Timoteo Gomez, defense counsel.

> DONALD J. DeGABRIELLE, JR.
> UNITED STATES ATTORNEY
>
> /s/ Oscar Ponce
> OSCAR PONCE
> Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

I hereby certify that defense counsel was contacted regarding the filing of said motion and he objects.

> DONALD J. DeGABRIELLE, JR.
> UNITED STATES ATTORNEY
>
> /s/ Oscar Ponce
> OSCAR PONCE
> Assistant United States Attorney