# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | B-07-490 |
| Glen Douglas Race | § | |

# ORDER

On this 9th day of July, 2007, Government's Motion for Continuance was considered by the Court.

Upon consideration of said Motion, this Court is of the opinion that Government's Motion for Continuance should be **GRANTED.** The Government is to submit to a status report to the Court within 90 days.

DONE at Brownsville, Texas, this 9th day of July, 2007.

_____
Felix Recio
United States Magistrate Judge