UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CR. NO. B-07-490 |
| GLEN DOUGLAS RACE | § | |

## MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas, and respectfully moves this Honorable Court to dismiss the Indictment in the above-styled and numbered cause as to Defendant GLEN DOUGLAS RACE for the reason that state authorities are prosecuting the defendant in New York for murder in Cause No. 51-I-2007.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

/s/ Oscar Ponce
OSCAR PONCE
Assistant United States Attorney
Federal Bar No. 11420
Texas Bar No. 16109700
600 E. Harrison, #201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2711

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2008, a copy of Government's Motion To Dismiss Indictment was delivered to Timoteo Gomez, Assistant Federal Public Defender.

    DONALD J. DeGABRIELLE, JR.
    UNITED STATES ATTORNEY


    /s/ Oscar Ponce
    OSCAR PONCE
    Assistant United States Attorney


## CERTIFICATE OF CONFERENCE

I hereby certify that on the 13th day February, 2008, Mr. Timoteo Gomez, Assistant Federal Public Defender, was contacted and has no objections to this motion.

    DONALD J. DeGABRIELLE, JR.
    UNITED STATES ATTORNEY


    /s/ Oscar Ponce
    OSCAR PONCE
    Assistant United States Attorney