UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CR. NO. B-07-490 |
| GLEN DOUGLAS RACE | § | |

### ORDER

Upon consideration of Government's Motion to Dismiss Indictment, it is hereby ordered that the Indictment in the above-styled and numbered cause be dismissed as to Defendant GLEN DOUGLAS RACE for the reason that state authorities are prosecuting the defendant in New York for murder in Cause No. 51-I-2007.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas, and that a certified copy of same be mailed to the defendant's counsel.

Done at Brownsville, Texas, this ___3___ day of ~~February~~ March, 2008.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE